David M. Bass (State Bar No. 117199)
Peter M. Cho (State Bar No. 213870)
DAVID M. BASS & ASSOCIATES
2029 Century Park East, 14th Floor
Los Angeles, California 90067
Telephone: (310) 789-1152
Facsimile: (310) 789-1149
E-mail: dbass@basslawla.com

Attorneys for Defendant and Counterclaim
Plaintiff TEAK WAREHOUSE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION          *E-FILED - 5/2/07*

| | |
|---|---|
| KINGSLEY-BATE LTD., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TEAK WAREHOUSE, INC., a California Corporation,<br><br>                    Defendant. | Case No. C-06-3946-RMW<br><br>**STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION DEADLINE;**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Interim CMC Date:   February 23, 2007<br>ENE Deadline:        February 23, 2007 |
| TEAK WAREHOUSE, INC., a California Corporation,<br><br>                    Counterclaim Plaintiff,<br><br>          vs.<br><br>KINGSLEY-BATE LTD., a Delaware Corporation,<br><br>                    Counterclaim Defendant. | Complaint filed:       June 26, 2006 |

/ / /

/ / /

/ / /

/ / /

1    **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF**
2    **RECORD:**

3         This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local
4    Rule 7-12 between Defendant and Counterclaim Plaintiff TEAK WAREHOUSE, INC.
5    ("Teak"), on the one hand, and Plaintiff and Counterclaim Defendant KINGSLEY-BATE, LTD.
6    ("Kingsley"), on the other hand, through their undersigned counsel of record, with reference to
7    the following:

8         A.    On October 27, 2006, an initial case management conference was duly held
9    before the Court. Upon consideration of the matters raised therein, the Court ordered, *inter*
10   *alia*, that:

11              1.    An Interim Case Management Conference would be held on
12                    February 23, 2007;
13              2.    The parties would complete an Early Neutral Evaluation through the
14                    Court's ADR Program prior to the February 23, 2007 conference;
15              3.    The parties shall conduct discovery within certain parameters for the
16                    purpose of preparing for the Early Neutral Evaluation.

17   (*See* Order entered on November 17, 2006 [Docket No. 23].)

18        B.    Pursuant to the Court's Order, on December 19, 2006, Teak served written
19   discovery requests on Kingsley by mail. Teak has stipulated to two extensions of time, for a
20   total of seventeen days, for Kingsley to respond to these requests. Kingsley provided written
21   responses on February 8, 2007, which Teak is currently reviewing. Teak will commence, if
22   necessary, the meet and confer process on the sufficiency of the responses.

23        C.    The parties disagree as to when Initial Disclosures under Rule 26(a) were due.
24   The parties initially agreed to exchange Initial Disclosures on February 5, 2007 when
25   Kingsley's written discovery responses were due. Teak's position is that Teak did not expressly
26   agree to another continuance of the exchange of Initial Disclosures when it agreed to extend the
27   deadline for Kinsgley's written discovery responses to February 8, 2007. Kingsley's position is
28   that Teak's agreement to the second extension included an agreement to continue the exchange

                                         1

1   of Initial Disclosures. Accordingly, Teak served its Initial Disclosures on February 5, 2007, and

2   Kingsley served its Initial Disclosures on February 8, 2007 with its written discovery responses.

3         D.      Teak and Kingsley have each noticed two depositions pursuant to the Order

4   entered on November 17, 2006. The parties are coordinating the scheduling of these

5   depositions.

6         E.      The Stipulated Protective Order, which was lodged with the Court on

7   October 16, 2006 and re-lodged on January 29, 2007, was approved and signed by the Court on

8   February 12, 2007.

9         F.      The parties agree that initial discovery as ordered by the Court will not be

10   completed before the February 23, 2007 Interim Case Management Conference and Early

11   Neutral Evaluation deadline. The parties further agree that initial discovery is important to

12   ensuring that the Early Neutral Evaluation will be a constructive process that may promote a

13   resolution of this action.

14         G.      On January 31, 2007, the parties attended an Early Neutral Evaluation

15   preliminary telephone conference with Evaluator Nathan Lane. The parties and Mr. Lane

16   agreed that an extension of time to complete the Early Neutral Evaluation is necessary.

17         H.      The parties and Mr. Lane extensively discussed, in consultation with their

18   calendars, alternative dates for the Early Neutral Evaluation. The parties and Mr. Lane

19   ultimately agreed to schedule an Early Neutral Evaluation for June 15, 2007, with Early Neutral

20   Evaluation statements due on June 8, 2007.

21         I.      Mr. Lane advised that according to ADR Case Adminstrator Alice M. Fiel, the

22   parties may lodge a stipulation to such an extension, with proposed order, for the Court's

23   approval.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1     Accordingly, in order to promote the goals of judicial economy and fairness, the parties

2   hereto hereby stipulate and agree as follows:

3         1.     The parties will attend an Early Neutral Evaluation before Mr. Lane on

4                June 15, 2007. Early Neutral Evaluation statements are due on June 8, 2007.

5         2.     The Interim Case Management Conference is continued to June 22, 2007 at

6                10:30 a.m., or as soon thereafter as the Court's calendar permits.

7

8   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

9

10  Dated:  16 Feb 2007, 2007              DAVID M. BASS & ASSOCIATES

11

12                                         By:_____

13                                              David M. Bass
                                               Attorneys for Defendant and Counterclaim
                                               Plaintiff TEAK WAREHOUSE, INC

14

15  Dated: _____, 2007           ASKEW & ASSOCIATES

16

17                                         By:_____

18                                              James A. Askew
                                               Attorneys for Plaintiff and Counterclaim
                                               Defendant KINGSLEY-BATE LTD.

19

20

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23  Dated:_____, 2007            _____

24

25

26

27

28

                                       3

1    Accordingly, in order to promote the goals of judicial economy and fairness, the parties

2    hereto hereby stipulate and agree as follows:

3        1.    The parties will attend an Early Neutral Evaluation before Mr. Lane on

4              June 15, 2007. Early Neutral Evaluation statements are due on June 8, 2007

5        2.    The Interim Case Management Conference is continued to June 22, 2007 at

6              10:30 a.m., or as soon thereafter as the Court's calendar permits.

7

8    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

9

10   Dated: _____, 2007          DAVID M. BASS & ASSOCIATES

11

12                                          By:_____
                                                      David M. Bass
13                                          Attorneys for Defendant and Counterclaim
                                            Plaintiff TEAK WAREHOUSE, INC.
14

15   Dated: _____, 2007          ASKEW & ASSOCIATES

16

17                                          By:_____
                                                      James A. Askew
18                                          Attorneys for Plaintiff and Counterclaim
                                            Defendant KINGSLEY-BATE LTD.
19

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23   Dated: 5/2/07 _____, 2007    *Ronald M. Whyte*

24

25

26

27

28

                                        3