| | |
|---|---|
| David M. Bass (State Bar No. 117199)<br>Peter M. Cho (State Bar No. 213870)<br>DAVID M. BASS & ASSOCIATES<br>2029 Century Park East, 14th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 789-1152<br>Facsimile: (310) 789-1149<br>E-mail: dbass@basslawla.com<br><br>Attorneys for Defendant and Counterclaim<br>Plaintiff TEAK WAREHOUSE, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/5/07*

| | |
|---|---|
| KINGSLEY-BATE LTD., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TEAK WAREHOUSE, INC., a California Corporation,<br><br>    Defendant. | Case No. C-06-3946-RMW<br><br>**STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE;**<br><br>[PROPOSED] ORDER<br><br>Interim CMC Date: October 5, 2007 |
| TEAK WAREHOUSE, INC., a California Corporation,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>KINGSLEY-BATE LTD, a Delaware Corporation,<br><br>    Counterclaim Defendant. | Complaint filed: June 26, 2006 |

///

///

///

///

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff TEAK WAREHOUSE, INC. ("Teak"), on the one hand, and Plaintiff and Counterclaim Defendant KINGSLEY-BATE, LTD. ("Kingsley"), on the other hand, through their undersigned counsel of record, with reference to the following:

A. An Interim Case Management Conference was set for September 7, 2007. On that date, the parties advised the Court that they required additional time to complete settlement discussions. The Court continued the Interim Case Management Conference to October 5, 2007.

B. The parties currently anticipate resolving this case by settlement, but require additional time to discuss settlement terms and documents.

Accordingly, in order to promote the goals of judicial economy and fairness, the parties hereto hereby stipulate and agree as follows:

1. The Interim Case Management Conference is continued to <u>November 9, 2007</u> at 10:30 a.m., or as soon thereafter as the Court's calendar permits.

2. If the settlement is finalized before November 9, 2007, the parties will (i) file a request for dismissal with the Court, and (ii) contact the courtroom deputy at (408) 535-5375 to take the matter off calendar.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 25, 2007         DAVID M. BASS & ASSOCIATES

By: _____
David M. Bass
Attorneys for Defendant and Counterclaim
Plaintiff TEAK WAREHOUSE, INC.

1 | Dated: September 25, 2007          ASKEW & ASSOCIATES

3 | By: /s/ James A. Askew
    James A. Askew
4 | Attorneys for Plaintiff and Counterclaim
    Defendant KINGSLEY-BATE LTD.

6 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 | Dated: 10/5, 2007          /s/ Ronald M. Whyte

---

2

STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE          C-06-3946-RMW

**PROOF OF SERVICE**
[C.C.P., §§1013(a) and 2015.5]

**UNITED STATES DISTRICT COURT** ) Case No. C-06-3946-RMW
)
**NORTHERN DISTRICT OF CALIFORNIA** )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 14th Floor, Los Angeles, California 90067.

On September 26, 2007, I served the foregoing document described as **STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on all interested parties in this action by placing the original/true copies thereof enclosed in (a) sealed envelope(s) addressed as stated below:

☒ **BY MAIL**   I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

James A. Askew, Esq.
Askew & Associates
2155 W. March Lane, Suite 1-D
Stockton, California 95207

Dennis Moriarty, Esq.
Cesari, Werner and Moriarty
360 Post Street, 5th Floor
San Francisco, CA 94108

I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

Executed on September 26, 2007, at Los Angeles, California.

_____
Joon Kim