1   David M. Bass (State Bar No. 117199)
    Peter M. Cho (State Bar No. 213870)
2   DAVID M. BASS & ASSOCIATES
    2029 Century Park East, 14th Floor
3   Los Angeles, California 90067
    Telephone: (310) 789-1152
4   Facsimile: (310) 789-1149
    E-mail: dbass@basslawla.com
5

6   Attorneys for Defendant and Counterclaim
    Plaintiff TEAK WAREHOUSE, INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION         *E-FILED - 11/8/07*

11

12  KINGSLEY-BATE LTD., a Delaware          Case No. C-06-3946-RMW
    Corporation,
13                                          STIPULATION TO CONTINUANCE OF
                         Plaintiff,         INTERIM CASE MANAGEMENT
14                                          CONFERENCE;
            vs.
15                                          [] ORDER
    TEAK WAREHOUSE, INC., a California
16  Corporation,
                                            Interim CMC Date:    November 9, 2007
17                       Defendant.

18  TEAK WAREHOUSE, INC., a California
    Corporation,
19
                   Counterclaim Plaintiff,
20
            vs.
21
    KINGSLEY-BATE LTD., a Delaware
22  Corporation,
                                            Complaint filed:    June 26, 2006
23                 Counterclaim Defendant.

24

25  / / /

26  / / /

27  / / /

28  / / /

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff TEAK WAREHOUSE, INC. ("Teak"), on the one hand, and Plaintiff and Counterclaim Defendant KINGSLEY-BATE, LTD. ("Kingsley"), on the other hand, through their undersigned counsel of record, with reference to the following:

A.      An Interim Case Management Conference ("CMC") was set for September 7, 2007.  On that date, the parties advised the Court that they required additional time to complete settlement discussions.  The Court continued the CMC to October 5, 2007.

B.      The parties diligently continued settlement discussions.  Prior to October 5, 2007, the parties advised the Court that they required additional time to complete settlement negotiations.  The Court continued the CMC to November 9, 2007.

C.      <u>The parties have reached an agreement on material terms of a settlement, and require time to memorialize the settlement in writing</u>.

Accordingly, in order to promote the goals of judicial economy and fairness, the parties hereto hereby stipulate and agree as follows:

1.      The CMC is continued to <u>December 14, 2007</u> at 10:30 a.m., or as soon thereafter as the Court's calendar permits.

2.      After the written settlement agreement is signed, the parties will, pursuant thereto, (i) file a request for dismissal with the Court, and (ii) contact the courtroom deputy at (408) 535-5375 to take the matter off calendar.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  November 8, 2007                    DAVID M. BASS & ASSOCIATES


By: _/s/ David M. Bass_____
                    David M. Bass
        Attorneys for Defendant and Counterclaim
        Plaintiff TEAK WAREHOUSE, INC.

1  Dated:  November ___, 2007      ASKEW & ASSOCIATES

2

3                          By:_____

                                   James A. Askew

4                            Attorneys for Plaintiff and Counterclaim
                            Defendant KINGSLEY-BATE LTD.

5

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8  Dated:___11/8/07_____, 2007

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28