1  David M. Bass (State Bar No. 117199)
   Peter M. Cho (State Bar No. 213870)
2  DAVID M. BASS & ASSOCIATES
   2029 Century Park East, 14th Floor
3  Los Angeles, California 90067
   Telephone: (310) 789-1152
4  Facsimile: (310) 789-1149
   E-mail: dbass@basslawla.com
5

6  Attorneys for Defendant and Counterclaim
   Plaintiff TEAK WAREHOUSE, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**   *E-FILED - 12/13/07*

11

| | |
|---|---|
| 12  KINGSLEY-BATE LTD., a Delaware Corporation, | Case No. C-06-3946-RMW |
| 13                   Plaintiff, | **STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT CONFERENCE;** |
| 14          vs. | |
| 15  TEAK WAREHOUSE, INC., a California Corporation, | **[] ORDER** |
| 16                   Defendant. | Interim CMC Date:   December 14, 2007 |
| 17 | |
| 18  TEAK WAREHOUSE, INC., a California Corporation, | |
| 19          Counterclaim Plaintiff, | |
| 20          vs. | |
| 21  KINGSLEY-BATE LTD., a Delaware Corporation, | |
| 22          Counterclaim Defendant. | Complaint filed:   June 26, 2006 |

25  / / /

26  / / /

27  / / /

28  / / /

---

STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT   C-06-3946-RMW
CONFERENCE

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Fed. R. Civ. P. 6(b), Local Rule 16-2(e) and Local Rule 7-12 between Defendant and Counterclaim Plaintiff TEAK WAREHOUSE, INC. ("Teak"), on the one hand, and Plaintiff and Counterclaim Defendant KINGSLEY-BATE, LTD. ("Kingsley"), on the other hand, through their undersigned counsel of record, with reference to the following:

A. An Interim Case Management Conference ("CMC") was set for September 7, 2007. On that date, the parties advised the Court that they required additional time to complete settlement discussions. The Court continued the CMC to October 5, 2007.

B. The parties diligently continued settlement discussions. Prior to October 5, 2007, the parties advised the Court that they required additional time to complete settlement negotiations. The Court continued the CMC to November 9, 2007.

C. The parties then reached an agreement on material terms of a settlement, and advised the Court that they required time to memorialize the settlement in writing. The Court continued the CMC to December 14, 2007.

D. The parties exchanged drafts of a written settlement agreement. The parties require further time to resolve minor drafting issues.

Accordingly, in order to promote the goals of judicial economy and fairness, the parties hereto hereby stipulate and agree as follows:

1. The CMC is continued to <u>January 11, 2008</u> at 10:30 a.m., or as soon thereafter as the Court's calendar permits.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2. After the written settlement agreement is signed, the parties will, pursuant thereto, (i) file a request for dismissal with the Court, and (ii) contact the courtroom deputy at (408) 535-5375 to take the matter off calendar.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  December 12, 2007          DAVID M. BASS & ASSOCIATES

                                   By: /s/ David M. Bass
                                       David M. Bass
                                       Attorneys for Defendant and Counterclaim
                                       Plaintiff TEAK WAREHOUSE, INC.

Dated:  December 12, 2007          ASKEW & ASSOCIATES

                                   By: /s/ James A. Askew
                                       James A. Askew
                                       Attorneys for Plaintiff and Counterclaim
                                       Defendant KINGSLEY-BATE LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This is the final continuance.

Dated:   12/13        , 2007       *Ronald M. Whyte*

---

2
STIPULATION TO CONTINUANCE OF INTERIM CASE MANAGEMENT         C-06-3946-RMW
CONFERENCE