1 David M. Bass (State Bar No. 117199)
Peter M. Cho (State Bar No. 213870)
2 DAVID M. BASS & ASSOCIATES
2029 Century Park East, 14th Floor
3 Los Angeles, California 90067
Telephone: (310) 789-1152
4 Facsimile: (310) 789-1149
Email: dbass@basslawla.com
5
Attorneys for Defendant and Counterclaim
6 Plaintiff TEAK WAREHOUSE, INC.

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION   *E-FILED - 1/10/08*

11

| | |
|---|---|
| 12 KINGSLEY-BATE LTD., a Delaware Corporation, | Case No. C-06-3946-RMW (PVTx) |
| 13 Plaintiff, | |
| 14 vs. | STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM AND ORDER |
| 15 TEAK WAREHOUSE, INC., a California Corporation, | |
| 16 | |
| 17 Defendant. | Complaint Filed: June 26, 2006 |
| 18 TEAK WAREHOUSE, INC., a California Corporation, | |
| 19 Counterclaim Plaintiff, | |
| 20 vs. | |
| 21 KINGSLEY-BATE LTD., a Delaware Corporation, | |
| 22 | |
| 23 Counterclaim Defendant. | |

24 ///

25 ///

26 ///

27 ///

28 ///

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Stipulation of Dismissal with Prejudice of Complaint and Counterclaim (the "Stipulation") is made between Defendant and Counterclaim Plaintiff TEAK WAREHOUSE, INC. ("Teak") and Plaintiff and Counterclaim Defendant KINGSLEY-BATE, LTD. ("Kingsley"), through their undersigned counsel of record, pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, with reference to the following:

A.  On August 29, 2007, Teak and Kingsley participated in an Early Neutral Evaluation Conference (the "ENEC") with Early Neutral Evaluator, Nathan Lane, III, Esq. (Squire, Sanders & Dempsey, LLP, One Maritime Plaza, Suite 300, San Francisco, California 94111). The parties reached a conditional settlement agreement at the ENEC.

B.  Subsequent to the ENEC, the parties further negotiated the terms of settlement, and reached a formal agreement to settle the action in its entirety, including the Complaint and Counterclaim.

C.  On January __, 2008, Teak and Kingsley executed a written Agreement of Settlement and Mutual Release (the "Settlement Agreement).

D.  Pursuant to paragraph 13 of the Settlement Agreement, the parties expressly agreed that the United States District Court, Northern District of California, shall retain jurisdiction over the parties to enforce the Settlement Agreement.

///
///
///
///
///
///
///
///
///

Accordingly, IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that the above-captioned action, including the Complaint and Counterclaim, be and hereby is dismissed with prejudice pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

Dated: January __, 2008

DAVID M. BASS & ASSOCIATES

By: _____
David M. Bass
Attorneys for Defendant and Counterclaim
Plaintiff TEAK WAREHOUSE, INC.

Dated: January 9, 2008

ASKEW & ASSOCIATES

By: *James A. Askew* (signature)
James A. Askew
Attorneys for Plaintiff and Counterclaim
Defendant KINGSLEY-BATE, LTD.

IT IS SO ORDERED:

January ___, 2008

_____
Judge Ronald M. Whyte
United States District Court

Accordingly, IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that the above-captioned action, including the Complaint and Counterclaim, be and hereby is dismissed with prejudice pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

Dated: January 10, 2008

DAVID M. BASS & ASSOCIATES

By: /s/ David M. Bass
David M. Bass
Attorneys for Defendant and Counterclaim Plaintiff TEAK WAREHOUSE, INC.

Dated: January __, 2008

ASKEW & ASSOCIATES

By: _____
James A. Askew
Attorneys for Plaintiff and Counterclaim Defendant KINGSLEY-BATE, LTD.

IT IS SO ORDERED:

January 10, 2008

/s/ Ronald M. Whyte
Judge Ronald M. Whyte
United States District Court